PROB 12C
(6/16)

Report Date:  April 30, 2018

# United States District Court

### for the

### Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 30, 2018**

SEAN F. McAVOY, CLERK</span>

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Leelynn George          Case Number: 0980 1:16CR02043-RMP-1

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 11, 2017

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 24 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 9, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 8, 2023 |

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. George tested positive for marijuana and methamphetamine on April 12, 2018.

On March 26, 2018, supervised release conditions were reviewed and signed by Mr. George acknowledging his understanding of special condition number 6, which prohibits him from using a controlled substance.

On April 12, 2018, Mr. George submitted to a random urinalysis test which returned positive for the presence marijuana and methamphetamine.  Mr. George signed the admission/denial form admitting to having used both controlled substances on or about April 10, 2018.

Prob12C
**Re: George, Leelynn**
**April 30, 2018**
**Page 2**

2      **Special Condition #7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

      **Supporting Evidence**: Mr. George consumed alcohol on April 10, 2018.

      On March 26, 2018, supervised release conditions were reviewed and signed by Mr. George acknowledging his understanding of special condition number 7, which prohibits him from consuming alcohol.

      On April 12, 2018, Mr. George reported to the probation office at which time he admitted to having consumed alcohol.  Mr. George signed the admission/denial form admitting to having consumed alcohol on or about April 10, 2018.

3      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Mr. George tested positive for marijuana on April 26, 2018.

      On March 26, 2018, supervised release conditions were reviewed and signed by Mr. George acknowledging his understanding of special condition number 6, which prohibits him from using a controlled substance.

      On April 26, 2018, Mr. George was directed to submit to urinalysis testing.  Mr. George indicated the test would likely still be positive for marijuana from his last use.  Mr. George was shown the urinalysis test he submitted on April 17, 2018, showing he tested negative so any positive tests subsequent would show continued use.  Mr. George then admitted to having used marijuana 2 days prior to this date.  Mr. George signed the admission/denial form admitting to having used Marijuana on or bout April 24, 2018.

4      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Mr. George failed to submit to random urinalysis testing at Merit Resource Services (Merit) on April 27, 2018.

      On March 26, 2018, supervised release conditions were reviewed and signed by Mr. George acknowledging his understanding of special condition number 6, which requires him to submit to random urinalysis testing.  On this same date, Mr. George also reviewed and signed the Eastern District of Washington substance abuse testing program instructions. He was instructed to call the Merit color line and when his color (brown) is called, he is to report to Merit and submit to urinalysis testing.

      On April 30, 2018, the U.S. Probation Office received a report from Merit indicating Mr. George failed to report and submit to urinalysis testing on April 27, 2018.

**Prob12C**
**Re: George, Leelynn**
**April 30, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Leelynn George to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | April 30, 2018 |
| | s/Jose Zepeda |
| | Jose Zepeda<br>U.S. Probation Officer |

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

4/30/2018

Date