PROB 12C
(6/16)

Report Date: December 27, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leelynn George                Case Number: 0980 1:16CR02043-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 11, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250 | | |
| Original Sentence: | Prison - 24 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 9, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | March 8, 2023 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/30/2018.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

5        **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about December 24, 2018, Mr. George consumed tetrahydrocannabinol (THC), the active chemical in marijuana.

On March 26, 2018, supervised release conditions were reviewed and signed by Mr. George acknowledging his understanding of special condition number 6, which prohibits him from using a controlled substance.

On December 27, 2018, Mr. George reported to the United States Probation office. A urinalysis (UA) sample was collected which yielded a presumptive positive result for THC. Mr. George admitted he consumed THC on or about December 24, 2018, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 27, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

12/27/2018

Date